1  CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
   KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  christian.picone@berliner.com
   kathleen.sherman@berliner.com
6
7  ATTORNEYS FOR DEFENDANT X2 IMPACT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BITE TECH, INC., a Minnesota corporation, and CUSTMBITE LLC, a New Jersey limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>X2 IMPACT, INC., a Washington corporation,<br><br>Defendant. | CASE NO. C12-5888<br><br>[PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT |
|---|---|

### ORDER

Pursuant to the stipulation of the parties and for good cause, it is hereby ordered that:

1. Defendant has up to and including December 26, 2012 to move, plead, or otherwise respond to the Complaint.

2. Nothing in this stipulation shall constitute a waiver or otherwise prejudice Plaintiffs' or Defendant's substantive or procedural rights or defenses.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _December 7_, 2012

_____
NATHANAEL M. COUSINS
THE UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

APPROVED
Judge Nathanael M. Cousins

CASE NO. C12-5888

-1-

ORDER