1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 | BITE TECH, INC., a Minnesota corporation, | CASE NO.  C12-5888 EMC
and CUSTMBITE LLC, a New Jersey limited

12 | liability corporation, | STIPULATION REGARDING NAME
CHANGE OF X2 IMPACT, INC. TO X2

13 |                    Plaintiffs, | BIOSYSTEMS, INC.   ; ORDER

14 |          v.

15 | X2 IMPACT, INC., a Washington corporation,

16 |                    Defendant.

17

18        The parties to this action, by and through their respective attorneys of record, stipulate

19   and agree as follows:

20        1.        Defendant X2 Impact, Inc. ("X2") has changed its name to X2 Biosystems, Inc.,

21   as reflected in the attached Articles of Amendment to Amended and Restated Articles of

22   Incorporation of X2Impact, Inc.

23        2.        X2 hereby notifies the Court of this name change, which will be reflected in

24   subsequent pleadings, should the Court enter the proposed order.

25        3.        The parties submit that this name change will not alter the schedule of any

26   currently pending deadlines in this case.

27   ///

28   ///

CASE NO.  C12-5888 EMC

\KSHERMAN\1142754.1
021513-21320001                              -1-

STIPULATION REGARDING NAME CHANGE OF X2 IMPACT, INC. TO X2 BIOSYSTEMS, INC.

IT IS SO STIPULATED.

DATED:  FEBRUARY 15, 2013          BERLINER COHEN

BY:  /s/ KATHLEEN F. SHERMAN
CHRISTIAN E. PICONE
KATHLEEN F. SHERMAN
ATTORNEYS FOR DEFENDANT X2 IMPACT, INC.
10 Almaden Boulevard, Suite 1100
San Jose, CA 95113
Phone: (408) 286-5800/ Fax: (408) 998-5388
christian.picone@berliner.com
kathleen.sherman@berliner.com

DATED:  FEBRUARY 15, 2013          MORGAN, LEWIS & BOCKIUS LLP

BY:  /s/ BRETT M. SCHUMAN
BRETT M. SCHUMAN
RYAN L. SCHER
DENNIS J. SINCLITICO, JR.
ATTORNEYS FOR PLAINTIFFS BITE TECH, INC.
AND CUSTMBITE, LLC
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Phone: (415) 442-1000/ Fax: (415) 442-1001
bschuman@morganlewis.com
rscher@morganlewis.com
dsinclitico@morganlewis.com

[Proposed] ORDER

For good cause shown, the STIPULATION is approved and the name change of X2 Impact, Inc. to X2 Biosystems, Inc. is accepted.

DATED:   2/20/13

IT IS SO ORDERED

Judge Edward M. Chen

CASE NO.  C12-5888 EMC

STIPULATION REGARDING NAME CHANGE OF X2 IMPACT, INC. TO X2 BIOSYSTEMS, INC.